IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Nicholson,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Aaaron Moving LLC, et al.,<br><br>　　　　　　Defendants. | No. CV-14-02112-TUC-RM<br><br>**ORDER** |

　　　　On December 29, 2014, the parties filed a Stipulation for Dismissal (Doc. 31). Pursuant to the parties' stipulation,

　　　　**IT IS HEREBY ORDERED** that this matter is **dismissed with prejudice**, each party to bear its own costs and fees.

　　　　Dated this 30th day of December, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Rosemary Márquez
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge